FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>     Plaintiff,               )<br>                              )<br>     v.                       )<br>                              )<br>ENRIQUE LLAUSAS-GARCIA,        )<br>                              )<br>     Defendant.               )<br>_____) | Criminal Case No. 08CR65W<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about December 12, 2007, within the Southern District of California, defendant ENRIQUE LLAUSAS-GARCIA, did knowingly and intentionally import approximately 25.48 kilograms (56.06 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 10, 2008.

KAREN P. HEWITT
United States Attorney

*Charlotte E. Kaeser for*
CAROLINE P. HAN
Assistant U.S. Attorney

CJB:kmm:Imperial
12/21/07